

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00178-CR

———————————————

CARL ROBERSON, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. F-2013-1844-D

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

On May 8, 2019, pro se appellant Carl Roberson filed a "Motion Asking Court to 'Appeal,'" attempting to appeal his November 13, 2014 felony DWI conviction in trial court cause number F-2013-1844-D. Roberson had pleaded guilty to that offense in exchange for a 20-year sentence, and the trial court's certification of his right to appeal in that case stated that the case was a plea-bargain case, that he had no right of appeal, and that he had waived the right of appeal.

We informed Roberson of our concern that we lacked jurisdiction over the appeal because we do not have the authority to grant an out-of-time appeal, *see Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998), and do not have jurisdiction over postconviction applications under code of criminal procedure article 11.07, *see* Tex. Code Crim. Proc. Ann. art. 11.07. We asked him to file a response showing grounds for continuing the appeal by July 8, 2019, or we would dismiss the appeal. *See* Tex. R. App. P. 44.3. Roberson filed a response, but it does not show grounds for continuing his attempted appeal of his 2014 plea-bargained conviction. Accordingly, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 26.2(a), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 8, 2019

2